**Clifton Gregory RICHARDSON,
Plaintiff–Appellant**

v.

**Willy J. MARTIN, Jr., Sheriff,
Defendant–Appellee.**

**No. 11–30061
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 8, 2011.

Clifton Gregory Richardson, New Orleans, LA, pro se.

Lloyd Frederick Schroeder, II, Jason Paul Wixom, Esq., Usry, Weeks & Matthews, A.P.L.C., New Orleans, LA, for Defendant–Appellee.

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appellant Clifton Richardson now alleges that he is an alien, a citizen of Great Britain. If so, there would be federal court jurisdiction. We proceed to the claim he has made.

After study of what he has pleaded, we conclude that his complaint is that he is entitled to ownership of property in Convent, Louisiana, and personal property that was located there. He received no deed or possession from Sheriff Willy J.

Martin despite the payment of $34,308.45 (excessive of the $28,505.50 successful bid) to the law firm of Dean Martin in Monroe, Louisiana. If so, any legal claim Richardson has would be against the law firm, but they are not parties to this suit. No ground for a legal claim against Sheriff Martin or the U.S. Bank is alleged. Without a plausible claim the case must be dismissed without prejudice as the district judge ordered.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.